John E. Schmidtlein, SBN 163520
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
Email: jschmidtlein@wc.com

*Attorney for Defendants*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| MARK J. ASTARITA, individually and behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>GOOGLE LLC and ALPHABET INC.,<br><br>　　　　　Defendants. | Case No. 21-cv-00022-DMR<br><br>**DEFENDANTS' NOTICE OF UNOPPOSED ADMINISTRATIVE MOTION TO RELATE CASES**<br><br>Hon. Donna M. Ryu |

# NOTICE

Pursuant to Local Rule 3-12(b), Defendants Google LLC and Alphabet Inc. hereby give notice of the filing of their Unopposed Administrative Motion to Relate the above-captioned action to *In re Google Digital Advertising Antitrust Litigation*, 20-cv-03556-BLF. The Motion is attached hereto as Exhibit A.

DATED: January 8, 2021 **WILLIAMS & CONNOLLY LLP**

By: /s/ John E. Schmidtlein
John E. Schmidtlein, SBN 163520
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
Email: jschmidtlein@wc.com

*Attorney for Defendants*

- 1 -
DEFENDANTS' NOTICE OF UNOPPOSED ADMINISTRATIVE MOTION TO RELATE CASES
21-cv-00022-DMR

# EXHIBIT A

1  John E. Schmidtlein (State Bar No. 163520)
   Benjamin M. Greenblum (*pro hac vice*)
2  **WILLIAMS & CONNOLLY LLP**
   725 Twelfth Street, N.W.
3  Washington, DC 20005
   Tel: (202) 434-5000
4  Fax: (202) 434-5029
   jschmidtlein@wc.com
5  bgreenblum@wc.com
6
7  *Attorneys for Defendants Google LLC and Alphabet Inc.*
8

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | Case No. 5:20-cv-03556-BLF<br><br>**UNOPPOSED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>Civ. L.R. 3-12, 7-11 |

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Civil Local Rules 3-12 and 7-11, Defendants Google LLC and Alphabet Inc. ("Defendants") hereby move to relate the fourth of four recently filed putative class actions, *Astarita v. Google LLC, et al.*, Case No. 21-cv-00022-DMR (N.D. Cal. filed Jan. 4, 2021), to this ongoing *In re Google Digital Advertising Antitrust Litigation* ("*Digital Ads Litigation*").

As reflected in the accompanying Stipulation and [Proposed] Order, Plaintiff Mark J. Astarita ("Plaintiff") and Defendants agree that Plaintiff's case meets both of the requirements for relatedness under Local Rule 3-12. First, Plaintiff's complaint names the same Defendants as in the *Digital Ads Litigation*; asserts the same claims for relief—under Section 2 of the Sherman Act and under California's Unfair Competition Law—asserted in *the Digital Ads Litigation*; bases his claims for relief upon the same alleged practices by Google regarding display advertising as those alleged in *the Digital Ads Litigation*; and proposes to represent the same class as the class proposed in *Digital Ads Litigation*. Thus, Local Rule 3-12(a)(1) is satisfied given that these two cases concern substantially the same parties, property, transactions, and events. Second, because *Astarita* and *Digital Ads Litigation* arise out of substantially identical facts and are brought on behalf of the same proposed class, conducting the two cases before different judges would result in an unduly burdensome duplication of labor and expense and potentially conflicting results, such as with regard to the lawfulness of the alleged conduct and with respect to injunctive relief that plaintiffs in the actions each may seek. Local Rule 3-12(a)(2) is therefore also satisfied.

For the foregoing reasons, and pursuant to the parties' stipulation, Defendants respectfully request that the Court enter the proposed Order finding these two cases related.

Dated: January 8, 2021                              Respectfully submitted,

By:    /s/ *John E. Schmidtlein*
John E. Schmidtlein (State Bar No. 163520)
Benjamin M. Greenblum (*pro hac vice*)
**WILLIAMS & CONNOLLY LLP**

| | |
|---|---|
| 1 | |
| 2 | 725 Twelfth Street, N.W. |
|   | Washington, DC 20005 |
| 3 | Tel: (202) 434-5000 |
|   | Fax: (202) 434-5029 |
| 4 | jschmidtlein@wc.com |
|   | bgreenblum@wc.com |
| 5 | |
|   | *Attorneys for Defendants Google LLC and* |
| 6 | *Alphabet Inc.* |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| | |
|---|---|
| John E. Schmidtlein (State Bar No. 163520) | Dena C. Sharp (State Bar No. 245869) |
| Benjamin M. Greenblum (*pro hac vice*) | Jordan Elias (State Bar No. 228731) |
| **WILLIAMS & CONNOLLY LLP** | Adam E. Polk (State Bar No. 273000) |
| 725 Twelfth Street, N.W. | Scott M. Grzenczyk (State Bar No. 279309) |
| Washington, DC 20005 | **GIRARD SHARP LLP** |
| Tel: (202) 434-5000 | 601 California Street, Suite 1400 |
| Fax: (202) 434-5029 | San Francisco, CA 94108 |
| jschmidtlein@wc.com | Tel: (415) 981-4800 |
| bgreenblum@wc.com | Fax: (415) 981-4846 |
| | dsharp@girardsharp.com |
| *Attorneys for Defendants Google LLC and Alphabet Inc.* | jelias@girardsharp.com |
| | apolk@girardsharp.com |
| | scottg@girardsharp.com |
| | *Attorneys for Plaintiff Mark J. Astarita* |
| | [Additional counsel listed on signature page] |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | Case No. 5:20-cv-03556-BLF<br><br>**STIPULATION AND [PROPOSED] ORDER RELATING CASES**<br><br>Civ. L.R. 3-12, 7-11 |

1   Pursuant to Civil Local Rules 3-12 and 7-11, Mark J. Astarita ("Plaintiff"), the plaintiff in
2  *Astarita v. Google LLC, et al.*, Case No. 21-cv-00022-DMR (N.D. Cal. filed Jan. 4, 2021), and
3  defendants Google LLC and Alphabet Inc. ("Defendants"), stipulate as follows:
4   WHEREAS, Plaintiff filed his action against Defendants on January 4, 2021;
5   WHEREAS, Plaintiff's complaint names the same Defendants as in the above-captioned
6  consolidated litigation, *In re Google Digital Advertising Litigation*, No. 20-cv-3556-BLF ("*Digital Ads*
7  *Litigation*");
8   WHEREAS, Plaintiff's complaint asserts the same claims for relief, under Section 2 of the
9  Sherman Act and under California's Unfair Competition Law, asserted in *Digital Ads Litigation*;
10  WHEREAS, Plaintiff bases his claims for relief upon the same alleged practices by Google
11  regarding display advertising as those alleged in the *Digital Ads Litigation*;
12  WHEREAS, Plaintiff proposes to represent a class co-extensive with the class proposed in
13  *Digital Ads Litigation*;
14  WHEREAS, Local Rule 3-12(a) is therefore satisfied because these two cases concern
15  substantially the same parties, property, transactions, and events;
16  WHEREAS, Local Rule 3-12(b) also is satisfied because conducting the two cases before
17  different Judges would result in an unduly burdensome duplication of labor and expense and potentially
18  conflicting results.
19  NOW THEREFORE, pursuant to Local Rules 3-12 and 7-11, the parties, through their
20  respective counsel, hereby stipulate and respectfully request that the Court find that *Astarita v. Google*
21  *LLC, et al.*, Case No. 21-cv-00022-DMR (N.D. Cal. filed Jan. 4, 2021), is related to and therefore is to
22  be assigned to the same Judge presiding in *In re Google Digital Advertising Litigation*, No. 20-cv-
23  3556-BLF.
24  **IT IS SO STIPULATED.**
25  Dated: January 8, 2021                                    Respectfully submitted,
26
27                                                           By:  /s/ *John E. Schmidtlein*
                                                             John E. Schmidtlein (State Bar No. 163520)
                                                             Benjamin M. Greenblum (*pro hac vice*)
28                                                           **WILLIAMS & CONNOLLY LLP**

1

725 Twelfth Street, N.W.
Washington, DC 20005
Tel: (202) 434-5000
Fax: (202) 434-5029
jschmidtlein@wc.com
bgreenblum@wc.com

*Attorneys for Defendants Google LLC and Alphabet Inc.*


By:   /s/ *Dena C. Sharp*

Dena C. Sharp (State Bar No. 245869)
Jordan Elias (State Bar No. 228731)
Adam E. Polk (State Bar No. 273000)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Tel: (415) 981-4800
Fax: (415) 981-4846
dsharp@girardsharp.com
jelias@girardsharp.com
apolk@girardsharp.com

John D. Radice (*pro hac vice* forthcoming)
April Lambert (*pro hac vice* forthcoming)
**RADICE LAW FIRM, PC**
475 Wall Street
Princeton, NJ 08540
Tel: (646) 245-8502
Fax: (609) 385-0745
jradice@radicelawfirm.com
alambert@radicelawfirm.com

Scott L. Silver (*pro hac vice* forthcoming)
**SILVER LAW GROUP**
11780 W. Sample Road
Coral Springs, FL 33065
Tel: (954) 755-4799
ssilver@silverlaw.com

*Attorneys for Plaintiff Mark J. Astarita*

**ATTESTATION**

I, John E. Schmidtlein, am the ECF User whose ID and password are being used to file this document.  In compliance with Civil L.R. 5-1(i)(3), I hereby attest that all counsel have concurred in this filing.

                                        */s/ John E. Schmidtlein*
                                        John E. Schmidtlein

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: _____          _____
                                                                  Hon. Beth Labson Freeman
                                                                  United States District Judge